IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ANTHONY CAIRNS, )
)
Plaintiff, )
) CIVIL ACTION
vs. )
) FILE No. 4:20-CV-00710
126 BETHANY PLAZA LLC, )
)
Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through undersigned counsel and

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this

Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, 126

BETHANY PLAZA LLC, and the entire action, with Prejudice.

Respectfully submitted this 20th day of January, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's CM/ECF system on January 20, 2021 upon all counsel or parties.


/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
*Attorney for Plaintiff*

SCHAPIRO LAW GROUP, P.L.
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (561) 807-7198